## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL KENT,<br><br>Plaintiff,<br><br>v.<br><br>DISCOVERY, INC., ROBERT R. BECK,<br>ROBERT L. JOHNSON, J. DAVID WARGO,<br>ROBERT J. MIRON, STEVEN A. MIRON,<br>SUSAN M. SWAIN, PAUL A. GOULD,<br>KENNETH W. LOWE, DANIEL E. SANCHEZ,<br>ROBERT R. BENNETT, JOHN C. MALONE,<br>and DAVID M. ZASLAV,<br><br>Defendants. | Case No. 1:22-cv-00033-CFC<br><br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants

have neither served an answer or a motion for summary judgment in the Action.

Dated: March 8, 2022

**LONG LAW, LLC**

By: */s/ Brian D. Long*

Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*